# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Byanka Valle Gonzalez

                Plaintiff,

v.

                                         Case No.: 1:26–cv–00564

                                         Honorable Martha M. Pacold

Sam Olson, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 21, 2026:

     MINUTE entry before the Honorable Martha M. Pacold: Hearing held on 1/21/2026. As explained on the record, venue is proper in the Northern District of Illinois and petitioner's counsel withdrew any request to transfer this case to Kentucky. As explained on the record, petitioner's habeas petition is denied for the reasons stated in Rodriguez v. Olson, No. 1:25–CV–12961, 2026 WL 63613 (N.D. Ill. Jan. 8, 2026). The court notes that counsel briefly raised, but then affirmatively waived, any argument based on a decision in a related case from the Central District of California. Enter final judgment. Civil case terminated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.